RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  CARLOS FERNANDES                                   Atty:  RUSSELL L LOW ESQ
     915 ROANOCK AVENUE                                        LOW & LOW ESQS
     HILLSIDE,  NJ  07205                                      505 MAIN STREET, SUITE 304
                                                               HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 18-10538

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $13,640.00**

## RECEIPTS AS OF 01/14/2022                                  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/21/2018 | $200.00 | 24817453828 | 03/20/2018 | $200.00 | 24817481223 |
| 04/20/2018 | $200.00 | 25096887900 | 05/21/2018 | $200.00 | 25096801814 |
| 06/13/2018 | $200.00 | 25111193310 | 07/19/2018 | $200.00 | 25111023120 |
| 08/14/2018 | $200.00 | 25096869990 | 09/24/2018 | $200.00 | 25364319827 |
| 10/19/2018 | $200.00 | 25364331584 | 11/20/2018 | $200.00 | 25364353285 |
| 12/21/2018 | $200.00 | 25364370126 | 01/16/2019 | $200.00 | 25637119604 |
| 02/20/2019 | $200.00 | 25637147662 | 03/15/2019 | $200.00 | 25637167912 |
| 04/22/2019 | $200.00 | 25637145974 | 05/17/2019 | $200.00 | 25905441600 |
| 06/20/2019 | $200.00 | 25905475530 | 07/17/2019 | $200.00 | 25905497218 |
| 08/26/2019 | $200.00 | 25963206794 | 09/17/2019 | $200.00 | 26075750736 |
| 10/22/2019 | $200.00 | 26075767678 | 11/18/2019 | $200.00 | 26075794590 |
| 11/18/2019 | $80.00 | 26075794860 | 12/17/2019 | $240.00 | 26342914307 |
| 01/16/2020 | $240.00 | 26342944852 | 02/19/2020 | $240.00 | 26342963482 |
| 03/17/2020 | $240.00 | 26297299866 | 05/08/2020 | $240.00 | 26522488326 |
| 05/22/2020 | $240.00 | 26519830874 | 06/23/2020 | $240.00 | 26519849910 |
| 07/17/2020 | $240.00 | 26519869484 | 08/18/2020 | $240.00 | 26929502853 |
| 09/22/2020 | $240.00 | 26929524137 | 10/23/2020 | $240.00 | 26929548731 |
| 11/17/2020 | $240.00 | 2703921015 | 01/05/2021 | $240.00 | 27039763934 |
| 02/01/2021 | $240.00 | 27039778740 | 02/23/2021 | $280.00 | 27229016160 |
| 03/17/2021 | $240.00 | 27373908058 | 04/26/2021 | $240.00 | 27373947614 |
| 05/21/2021 | $240.00 | 27373967245 | 06/23/2021 | $240.00 | 27373978462 |
| 07/21/2021 | $240.00 | 27373984885 | 08/26/2021 | $240.00 | 27693304997 |
| 09/21/2021 | $240.00 | 27693324628 | 10/21/2021 | $240.00 | 27759603521 |
| 11/23/2021 | $240.00 | 27759629237 | 12/21/2021 | $240.00 | 27759644987 |

**Total Receipts: $10,520.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $10,520.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022                (Please Read Across)

**Chapter 13 Case # 18-10538**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ADVANTA BANK CORPORATION | | | | | | | |
| | 04/15/2019 | $5.48 | 823,304 | | 05/20/2019 | $6.76 | 825,280 |
| | 06/17/2019 | $6.89 | 827,306 | | 07/15/2019 | $6.88 | 829,164 |
| | 08/19/2019 | $6.89 | 831,105 | | 09/16/2019 | $6.88 | 833,148 |
| | 06/15/2020 | $17.71 | 850,398 | | 09/21/2020 | $9.55 | 855,861 |
| | 10/19/2020 | $7.96 | 857,758 | | 11/16/2020 | $7.96 | 859,551 |
| | 12/21/2020 | $7.96 | 861,372 | | 02/22/2021 | $15.92 | 864,830 |
| | 03/15/2021 | $9.29 | 866,709 | | 04/19/2021 | $7.96 | 868,361 |
| | 05/17/2021 | $7.98 | 870,274 | | 06/21/2021 | $8.09 | 872,075 |
| | 07/19/2021 | $8.07 | 873,882 | | 08/16/2021 | $8.09 | 875,566 |
| | 09/20/2021 | $8.09 | 877,292 | | 10/18/2021 | $8.11 | 879,072 |
| | 11/17/2021 | $8.15 | 880,782 | | 12/13/2021 | $8.20 | 882,419 |
| | 01/10/2022 | $8.17 | 884,073 | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | | | |
| | 06/17/2019 | $5.36 | 8,001,067 | | 09/16/2019 | $5.81 | 8,001,197 |
| | 08/17/2020 | $5.41 | 8,001,713 | | 11/16/2020 | $6.70 | 8,001,895 |
| | 02/22/2021 | $6.71 | 8,002,072 | | 05/17/2021 | $7.07 | 8,002,227 |
| | 08/16/2021 | $6.81 | 8,002,381 | | 11/17/2021 | $6.84 | 8,002,526 |
| DISCOVER BANK | | | | | | | |
| | 04/15/2019 | $17.72 | 823,543 | | 05/20/2019 | $21.87 | 825,522 |
| | 06/17/2019 | $22.26 | 827,540 | | 06/25/2019 | ($21.87) | 825,522 |
| | 06/25/2019 | $21.87 | 828,617 | | 07/15/2019 | $22.26 | 829,391 |
| | 08/19/2019 | $22.26 | 831,364 | | 09/16/2019 | $22.26 | 833,380 |
| | 04/20/2020 | $7.21 | 847,018 | | 06/15/2020 | $50.09 | 850,594 |
| | 08/17/2020 | $5.10 | 854,261 | | 09/21/2020 | $25.74 | 856,078 |
| | 10/19/2020 | $25.74 | 857,956 | | 11/16/2020 | $25.74 | 859,752 |
| | 12/21/2020 | $25.74 | 861,576 | | 02/22/2021 | $51.48 | 865,048 |
| | 03/15/2021 | $30.03 | 866,886 | | 04/19/2021 | $25.74 | 868,582 |
| | 05/17/2021 | $25.74 | 870,479 | | 06/21/2021 | $26.21 | 872,290 |
| | 07/19/2021 | $26.08 | 874,082 | | 08/16/2021 | $26.16 | 875,765 |
| | 09/20/2021 | $26.21 | 877,508 | | 10/18/2021 | $26.15 | 879,277 |
| | 11/17/2021 | $26.43 | 880,988 | | 12/13/2021 | $26.43 | 882,619 |
| | 01/10/2022 | $26.42 | 884,271 | | | | |
| LISA GREENE | | | | | | | |
| | 09/16/2019 | $158.31 | 833,583 | | 04/20/2020 | $51.23 | 847,224 |
| | 06/15/2020 | $356.23 | 850,775 | | 08/17/2020 | $36.26 | 854,453 |
| | 09/21/2020 | $183.06 | 856,287 | | 10/19/2020 | $183.06 | 858,149 |
| | 11/16/2020 | $183.06 | 859,937 | | 12/21/2020 | $183.06 | 861,771 |
| | 02/22/2021 | $366.10 | 865,271 | | 03/15/2021 | $213.57 | 867,069 |
| | 04/19/2021 | $183.06 | 868,799 | | 05/17/2021 | $183.03 | 870,689 |
| | 06/21/2021 | $185.98 | 872,492 | | 07/19/2021 | $186.13 | 874,270 |
| | 08/16/2021 | $186.02 | 875,963 | | 09/20/2021 | $185.98 | 877,714 |
| | 10/18/2021 | $185.98 | 879,460 | | 11/17/2021 | $188.06 | 881,178 |
| | 12/13/2021 | $187.98 | 882,800 | | 01/04/2022 | ($185.98) | 877,714 |
| | 01/10/2022 | $374.02 | 884,447 | | | | |
| LISA GREENE WELLS | | | | | | | |
| | 04/15/2019 | $126.00 | 823,753 | | 05/20/2019 | $155.52 | 825,735 |
| | 06/17/2019 | $158.32 | 827,732 | | 07/15/2019 | $158.30 | 829,582 |
| | 08/19/2019 | $158.33 | 831,579 | | | | |
| MERRICK BANK | | | | | | | |
| | 06/17/2019 | $6.83 | 827,768 | | 09/16/2019 | $7.38 | 833,623 |
| | 06/15/2020 | $6.32 | 850,813 | | 10/19/2020 | $6.25 | 858,188 |
| | 12/21/2020 | $5.69 | 861,814 | | 02/22/2021 | $5.69 | 865,319 |
| | 04/19/2021 | $6.15 | 868,845 | | 06/21/2021 | $5.74 | 872,532 |
| | 08/16/2021 | $5.77 | 875,999 | | 10/18/2021 | $5.79 | 879,500 |
| | 12/13/2021 | $5.83 | 882,830 | | | | |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 18-10538**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 625.48 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,400.00 | 100.00% | 4,400.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ADVANTA BANK CORPORATION | UNSECURED | 3,417.08 | * | 197.04 | |
| 0002 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 959.01 | * | 50.71 | |
| 0003 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | BP/CBSD | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CAPITAL ONE, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CHASE | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CHASE | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CHASE | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CHASE BANK USA, NA | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | CITI | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | CITIBANK SD, NA | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | CITIBANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | DISCOVER BANK | UNSECURED | 11,048.87 | * | 637.07 | |
| 0018 | FIRST USA BANK N A | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | GMAC | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | Hsbc Bank | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | LISA WELLS | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | PORTFOLIO RC | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | SEARS/CBSD | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | TEXACO / CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | UNVL/CITI | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 70.98 | * | 0.00 | |
| 0033 | WALL STREET ASSOC | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | CHASE | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | CHASE | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | CHASE | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | FIRST USA BANK N A | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0042 | LISA GREENE | SECURED | 0.00 | 100.00% | 0.00 | |
| 0043 | LISA GREENE | UNSECURED | 78,574.00 | * | 4,530.67 | |
| 0044 | MERRICK BANK | UNSECURED | 1,220.18 | * | 67.44 | |

**Total Paid: $10,508.41**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022.

Receipts: $10,520.00   -   Paid to Claims: $5,482.93   -   Admin Costs Paid: $5,025.48   =   Funds on Hand: $11.59

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.