**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

To: Craig Keiser, Esq ; Russell l. Low, Esq.  Re: 18-10538 Carlos Fernandes

From: Chambers of Vincent F. Papalia

Date: May 11, 2023

RE: Order to be Submitted on Doc 46: Motion for Relief from Stay

**NOTICE OF FAILURE TO SUBMIT DOCUMENTS
AND/OR EFFECTUATE PROPER SERVICE**

The relief requested cannot be considered until Movant cures deficiencies by:

- ☒ **Submitting a proposed form of order for previously filed motion or application.**[*]
  See D.N.J. LBR 9013-4 for submission of proposed orders. Electronic filers may submit the proposed form of order via chambers email (chambers_of_vfp@njb.uscourts.gov). Conventional filers must submit the proposed order by regular mail or hand delivery.

- ☐ **Submitting a proposed order with order template.** See D.N.J. LBR 9013-4(b) regarding the Local Form for Order Templates, and search the term "Order Template" on the court website to obtain instructions for preparation of the template. Electronic filers may submit the proposed form of order via chambers email (chambers_of_vfp@njb.uscourts.gov). Conventional filers must submit the proposed order by regular mail or hand delivery.

- ☐ **Using required Local Forms.** See D.N.J. LBR 9009-1.

- ☐ **Filing a certification of service.** See D.N.J. LBR 9013-1(a)(5) and Local Form.

- ☐ **Following the general requirements of form.** See D.N.J. LBR 9004-1.

- ☐ **Effectuating proper service.** See D.N.J. LBR 5005-1, Fed. R. Bankr. P. 9014, and Fed. R. Bankr. P. 7004 as well as the Register of Governmental Units available on the court's website.

- ☒ **Other.**[*] The Court docket entry on 11/01/2018 indicates "Order to be Submitted", to date, an order has not been provided to the Court.

**NOTE:** The Local Rules, Local Forms and CM/ECF efiling procedures are available on the Court's website: www.njb.uscourts.gov.