**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Carlos Fernandes<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–8705 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 18–10538–VFP | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Carlos Fernandes

1/5/24

**By the court:** Vincent F. Papalia
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re: Case No. 18-10538-VFP

Carlos Fernandes Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3

Date Rcvd: Jan 05, 2024 Form ID: 3180W Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlos Fernandes, 915 Roanock Avenue, Hillside, NJ 07205-3007 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Lisa Greene, 266 Waite Avenue, Rahway, NJ 07065-4430 |
| 517270005 | + | Associates, Po Box 9577, Coppell, TX 75019-9510 |
| 519254281 | + | Citigroup Mortgage Loan Trust 2021-RP2, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519254282 | + | Citigroup Mortgage Loan Trust 2021-RP2, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Citigroup Mortgage Loan Trust 2021-RP2 Serviced by Select Portfolio Servicing, |
| 517356661 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 517369994 | + | Lisa Greene Wells, 266 Waite Ave., Rahway, NJ 07065-4430 |
| 517270038 | + | Lisa Wells, 266 Waite Avenue, Rahway. NJ 07065-4430 |
| 517270027 | + | Phelan, Hallinan, Diamond & Jones, P.C., 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517270032 | + | Soloman and Soloman, 5 Columbia Circle, Albany, NY 12203-5180 |
| 517270034 | + | Union County Dist Court, 2 Broad Street, Elizabeth, NJ 07201-2202 |
| 517270037 | + | Wall Street Assoc, 1200 Prospect Court #100, La Jolla, CA 92037-3608 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 05 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 05 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517270001 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 05 2024 20:50:22 | Advanta Bank Corp, Po Box 844, Spring House, PA 19477 |
| 517391159 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 05 2024 20:49:49 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517270002 | + | Email/PDF: bncnotices@becket-lee.com | Jan 05 2024 20:50:23 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 517357669 | | Email/PDF: bncnotices@becket-lee.com | Jan 05 2024 21:04:46 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517270004 | + | Email/PDF: bncnotices@becket-lee.com | Jan 05 2024 20:50:22 | Amex, c/o Beckett & Lee, 16 General Warren Blvd., Malvern, PA 19355-1245 |
| 517270009 | | EDI: BANKAMER | Jan 06 2024 01:25:00 | Bank Of America, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 517270006 | + | EDI: BANKAMER | Jan 06 2024 01:25:00 | Bac Home Loans Servici, 450 American St, Simi Valley, CA 93065-6285 |
| 517270007 | + | EDI: BANKAMER | Jan 06 2024 01:25:00 | Bank Of America, Attn: Bankruptcy NC4-105-03-14, Po Box 26012, Greensboro, NC |

| | | | | |
|---|---|---|---|---|
| | | | | 27420-6012 |
| 517270010 | + | EDI: CITICORP | Jan 06 2024 01:25:00 | Bp/cbsd, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517270020 | | EDI: CITICORP | Jan 06 2024 01:25:00 | Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195 |
| 517270021 | | EDI: CITICORP | Jan 06 2024 01:25:00 | Citibank Usa, Citicorp Credit Services/Attn: Centraliz, Po Box 20507, Kansas City, MO 64195 |
| 517270035 | | EDI: CITICORP | Jan 06 2024 01:25:00 | Unvl/citi, Attn.: Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195 |
| 517270033 | | EDI: CITICORP | Jan 06 2024 01:25:00 | Texaco / Citibank, Bankruptcy Unit, 7920 Nw 110th St, Kansas City, MO 64153 |
| 517270011 | + | EDI: CAPITALONE.COM | Jan 06 2024 01:25:00 | Capital One, N.a., Capital One Bank (USA) N.A., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517270019 | + | EDI: CITICORP | Jan 06 2024 01:25:00 | Citi, PO Box 142319, Irving, TX 75014-2319 |
| 517270022 | | EDI: DISCOVER | Jan 06 2024 01:25:00 | Discover Fin, Po Box 8003, Hilliard, OH 43026 |
| 517289148 | | EDI: DISCOVER | Jan 06 2024 01:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517270025 | + | EDI: GMACFS.COM | Jan 06 2024 01:25:00 | GMAC, Attention: Bankruptcy Dept., 1100 Virginia Drive, Fort Washington, PA 19034-3276 |
| 517270026 | + | EDI: HFC.COM | Jan 06 2024 01:25:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 5213, Carol Stream, IL 60197-5213 |
| 517270017 | | EDI: JPMORGANCHASE | Jan 06 2024 01:25:00 | Chase, P.O. BOX 100043, Kennesaw, GA 30156 |
| 517270012 | | EDI: JPMORGANCHASE | Jan 06 2024 01:25:00 | Chase, P.o. Box 15298, Wilmington, DE 19850 |
| 517270018 | | EDI: JPMORGANCHASE | Jan 06 2024 01:25:00 | Chase Bank Usa, Na, Po Box 15298, Wilmington, DE 19850 |
| 517270023 | | EDI: JPMORGANCHASE | Jan 06 2024 01:25:00 | First Usa Bank N A, 1001 Jefferson Plaza, Wilmington, DE 19701 |
| 517392679 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 05 2024 20:50:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518655080 | | Email/Text: mtgbk@shellpointmtg.com | Jan 05 2024 20:45:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518655079 | | Email/Text: mtgbk@shellpointmtg.com | Jan 05 2024 20:45:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518820518 | | Email/Text: mtgbk@shellpointmtg.com | Jan 05 2024 20:45:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517270028 | | EDI: PRA.COM | Jan 06 2024 01:25:00 | Portfolio Rc, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 517270029 | | Email/Text: signed.order@pfwattorneys.com | Jan 05 2024 20:45:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 517270030 | + | Email/Text: abarkin@sbmesq.com | Jan 05 2024 20:46:00 | Schwartz Barkin & Mitchell, PO Box 1339, Union, NJ 07083-1339 |
| 517270031 | + | EDI: CITICORP | Jan 06 2024 01:25:00 | Sears/cbsd, 701 East 60th St N, Sioux Falls, SD 57104-0432 |
| 517373617 | + | EDI: AIS.COM | Jan 06 2024 01:25:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517270036 | + | EDI: VERIZONCOMB.COM | Jan 06 2024 01:25:00 | Verizon, 500 Technology Dr Ste 30, Weldon |

Spring, MO 63304-2225

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517270003 | *+ | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 517270008 | *+ | Bank Of America, Attn: Bankruptcy NC4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517270015 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, P.o. Box 15298, Wilmington, DE 19850 |
| 517270013 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Po Box 15298, Wilmington, DE 19850 |
| 517270014 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Po Box 15298, Wilmington, DE 19850 |
| 517270016 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Po Box 15298, Wilmington, DE 19850 |
| 517270024 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, First Usa Bank N A, 1001 Jefferson Plaza, Wilmington, DE 19701 |
| 518820519 | * | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Craig Scott Keiser | on behalf of Creditor DITECH FINANCIAL LLC craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor Citigroup Mortgage Loan Trust 2021-RP2 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor New Residential Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Carlos Fernandes ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6